IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

W.K. and E.K. as parents and next friends of
C.K., a minor                                                                                               PLAINTIFFS

v.                         Case No. 3:11-CV-03045

HARRISON SCHOOL DISTRICT                                                                      DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that the due process hearing officer's opinion and order in this case is affirmed, and Defendant's Motion for Summary Judgment (Doc. 19) is **GRANTED**, while Plaintiffs' Motion for Summary Judgment (Doc. 11) is **DENIED**.  This case is accordingly dismissed with prejudice, and the parties are instructed to bear their own fees and costs.

IT IS SO ORDERED this 6th day of July, 2012.

/s/ P.K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE